# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

STEVEN KEITH JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2942

———————————————

January 30, 2026

Appeal from the Circuit Court for Pinellas County; Julie L. Sercus, Judge.

Blair Allen, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior publication.